IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA | Misc. No. 11-261 |

## MIKE LEVINE'S RESPONSE TO THE COURT'S AUGUST 19, 2014 ORDER

Mike Levine, by and through undersigned counsel, respectfully informs the Court that he fully supports the unsealing of the materials concerning this grand jury matter. Mr. Levine further informs the Court that he does not object to the redactions proposed by Intervenor Fox News Network, LLC.

Respectfully submitted,

_____
John S. Darden (D.C. Bar. No. 999206)
jay.darden@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037-1350
(202) 457-6427 (tel.)
(202) 457-6315 (fax)

Counsel for Mike Levine

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th of September, 2014, copies of the foregoing MIKE LEVINE'S RESPONSE TO THE COURT'S AUGUST 19, 2014 ORDER were served by electronic mail on:

>Eric G. Olshan, Deputy Chief
>eric.olshan@usdoj.gov
>Kevin Driscoll, Trial Attorney
>kevin.driscoll2@usdoj.gov
>Public Integrity Section, Criminal Division
>1400 New York Avenue NW
>Washington, D.C. 20005
>
>Counsel for the United States
>
>
>Douglas A. Fellman (D.C. Bar No. 412746)
>douglas.fellman@hoganlovells.com
>Dominic F. Perella (D.C. Bar No. 976381)
>dominic.perella@hoganlovells.com
>HOGAN LOVELLS US LLP
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004
>(202) 637-5600 (tel.)
>(202) 637-5910 (fax)
>
>Counsel for Fox News Network LLC

_____
John S. Darden